PER CURIAM.

(No. 73-CC-414—Claimant

AMERICAN INSTITUTE OF REAL ESTATE APPRAISERS OF THE
NATIONAL ASSOCIATION OF REAL ESTATE BOARDS, An Illinois
Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed October 18, 1973.*

McDERMOTT, WILL & EMERY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-432—Claimant

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed October 18, 1973.*

D. K. MC INTOSH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.